CATHERINE SYMONDS, as Executrix of WARD SYMONDS, Deceased, Respondent, *v.* BUFFALO, ROCHESTER AND PITTSBURGH RAILWAY COMPANY, Appellant.

(Argued January 17, 1934; decided February 27, 1934.)

*William C. Combs* for appellant.

*Albert J. Waterman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.